175 F.3d 1011
 Jose Enrique Nieves
v.
Martin Dragovich, Individually and His Official Capacity as
Superintendent of Department of Correction at
S.C.I.-Mahanoy, Mary Canino, Individually and in Her
Official Capacity as Hearing Examiner of Department of
Correction at S.C.I.-Mahanoy, J. Thomas, Individually and in
His Official Capacity as Correction Officer of Department of
Correction at S.C.I.-Mahanoy
 NO. 98-1223
 United States Court of Appeals,
Third Circuit.
 February 22, 1999
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 Affirmed.